**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

        Plaintiff,        Civil No. 18-14248 (NLH)

  v.                           **ORDER**

$25,000 IN UNITED STATES
CURRENCY,

        Defendant.

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed today,

IT IS on this   27th   day of    February   , 2019

**ORDERED** that Plaintiff's Motion for Default Judgment [7] be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that a final order of forfeiture is **GRANTED** against the Defendant Property; no right, title, or interest in the Defendant Property ($25,000 in United States currency) shall exist in any other party; and it is further

**ORDERED** that all forfeited funds, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the

Department of Justice Assets Forfeiture Fund, in accordance with the law.

| | |
|---|---|
| At Camden, New Jersey | s/ Noel L. Hillman<br>NOEL L. HILLMAN, U.S.D.J. |